IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN LAFAYETTE RUFFIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-02155-LSC-TMP |
| ) | |
| KENNETH JONES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

On June 14, 2016, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. To date, no objections have been filed. Having now carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the report is due to be ADOPTED, and the recommendation ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DISMISSED WITH PREJUDICE. An order of final judgment will be entered contemporaneously herewith.

Done this 7th day of July 2016.

                                _____
                                      L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                                    182185